IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| N. JEANE WILLIAMS | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:08CV86-LG-RHW |
| | § | |
| SINGING RIVER HOSPITAL SYSTEM | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [42] filed by the defendant, Singing River Hospital System, the Court, after a full review and consideration of the defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Singing River Hospital System, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE